**E.T.C. BY her Next Friend, S.D.C., and S.D.C., Individually, Respondent,**

v.

**Y.T.S., Appellant.**

**No. ED 101479**

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

Filed: March 3, 2015

Craig G. Kallen, Rachel S. Gray, 13321 North Outer Forty Rd., Ste. 100, Town & Country, MO 63017, for appellant.

Jane Ellen Tomich, Deborah Jean Tomich, 309 N. Main St., Ste. 210, St. Charles, MO 63301, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

Y.T.S. appeals the portions of a paternity judgment regarding the trial court's award of prospective and retroactive child support to be paid by S.D.C. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

Gwenda Renee Robinson, 1010 Market St., Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.